IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DEBRA LASKA, | * |
| Plaintiff, | * |
| v. | Case No.   7:17-CV-214(HL) |
| | * |
| KELLEY MANUFACTURING CO. d/b/a KMC MANUFACTURING COMPANY, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 26, 2019, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 26th day of September, 2019.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk